DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 384P12 | HCW Retirement and Financial Services, LLC, a North Carolina limited liability company; HCWRFS, LLC, formerly Hill, Chesson & Woody Retirement and Financial Services, LLC, a North Carolina limited liability company; and Wilton R. Drake, III v. HCW Employee Benefit Services, LLC, a North Carolina limited liability company; Hill, Chesson & Woody, Inc., a North Carolina corporation; Prestwick Six, LLC, a North Carolina limited liability company; Frank S. Woody, III; and Todd T. Yates | Defs' (Frank S. Wood, III and Todd T. Yates) PDR Under N.C.G.S. § 7A-31 (COA11-1479) | Allowed |
|---|---|---|---|
| 386P12 | Anthony E. Scott v. N.C. Department of Crime Control and Public Safety, North Carolina Highway Patrol | 1. Respondent's PDR Under N.C.G.S. § 7A-31 (COA12-67)<br><br>2. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 393P12 | State v. Jabar Ballard | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-159)<br><br>2. Def's Motion to Deem PDR Timely Filed<br><br>3. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied<br><br>3. Denied |
| 39P13 | James Arthur Smith, Employee v. Denross Contracting, U.S., Inc., E,ployer, Dennis Barrett, Individually, and the New York State Insurance Fund, carrier; and Kapstone Kraft paper, Employer, Sentry Insurance, Carrier | 1. Def's (New York State Ins. Fund) Motion for Temporary Stay<br><br>2. Def's (New York State Ins. Fund) Petition for Writ of Supersedeas | 1. Allowed **01/23/13**<br><br>2. |